## Commonwealth ex rel. Dyniewski, Appellant, *v.* Penske, Appellant.

Argued March 21, 1975. *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Kaufman & Kane,* for appellant, at No. 1389; *James J. Binns,* for appellant, at No. 1421; *James J. Binns,* for appellee, at No. 1389; *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Kaufman & Kane,* for appellee, at No. 1421.

Order affirmed.

## Commonwealth ex rel. Fiero, Appellant, *v.* Fiero.

Argued March 21, 1975. *Robert F. Ruehl,* with him *Power, Bowen & Valimont,* for appellant; *William E. Eimer,* for appellee.

Order affirmed.

## Commonwealth ex rel. Linn *v.* Ford, Appellant.

Argued March 25, 1975. *Larry S. Keiser,* for appellant; *Suzanne Balen Ercole,* Assistant District Attorney, with her *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for appellee.

Order affirmed.